## MEMORANDUM DECISIONS.

---

### SOUTHERN RY. CO. v. WARNER et al.

(Circuit Court of Appeals, Fourth Circuit. November 10, 1896.)

No. 159.

RAILROADS—RECEIVERS—PRIORITY—SUPPLIES.

Appeal from the Circuit Court of the United States for the Eastern District of Virginia.

This was a bill for foreclosure of mortgage by the Central Trust Company against the Richmond & Danville Railroad Company. Warner Moore & Co., supply creditors of the railroad company, by intervening petition sought to have their claim paid out of the proceeds of sale of the mortgaged property in preference to mortgage debts. This appeal was taken from a decree in favor of the interveners.

This case comes up on appeal from the circuit court of the United States for the Eastern district of Virginia. It is similar to that of Railway Co. v. Adams, (decided at this term) 76 Fed. 504. The special masters say as to it: The claim of Warner Moore & Co. is for meal furnished October 12, 1891, amounting to $252.75. It is a part of an order, all of which has been paid by the company

with the exception of this balance, which was overlooked and not paid by mistake. The masters allowed the claim, and gave it priority to the mortgage debt. On exception to the law as laid down by the masters, the court sustained the report. This is assigned as error.

Willis B. Smith and Henry Crawford, for appellant.

Wyndham R. Meredith, for appellees.

Before SIMONTON, Circuit Judge, and HUGHES and MORRIS, District Judges.

SIMONTON, Circuit Judge. There can be no question in this case. The decree of the circuit court is affirmed, with costs.

MORRIS, District Judge. I dissent on the question of the allowance of interest on the claim in this case.